UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMNIPOINT COMMUNICATIONS INC.  Plaintiff,
d/b/a T-Mobile

-v-

TOWN OF RAMAPO, et. al.

Defendant.

---

Case No.: _____

**Rule 7.1 Statement**

*JUDGE ROBINSON*
*08 CIV. 2419*

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Omnipoint Communications Inc. d/b/a T-Mobile    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Omnipoint Communications Inc. d/b/a T-Mobile is a subsidiary of T-Mobile USA, Inc. T-Mobile USA, Inc. is an indirect subsidiary of Deutsche Telekom AG, a publicly traded corporation.

FILED
MAR 10 2008
USDC WP SDNY

**Date:**  March 10, 2008

**Signature of Attorney**
Robert D. Gaudioso, Esq.
Snyder & Snyder, LLP
**Attorney Bar Code:** RG 3829