LAW OFFICES OF

SNYDER & SNYDER, LLP

94 WHITE PLAINS ROAD

TARRYTOWN, NEW YORK 10591

(914) 333-0700

FAX (914) 333-0743

NEW YORK OFFICE
445 PARK AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10022
(212) 749-1448
FAX (212) 932-2693

NEW JERSEY OFFICE
ONE GATEWAY CENTER, SUITE 2600
NEWARK, NEW JERSEY 07102
(973) 824-9772
FAX (973) 824-9774

WRITER'S E-MAIL ADDRESS
e mail to RGaudioso@Snyderlaw.net

DAVID L. SNYDER*
LESLIE J. SNYDER
ROBERT D. GAUDIOSO

FREDERICK W. TURNER, COUNSEL

*ADMITTED NY, NJ AND DC

REPLY TO:

Tarrytown office

March 24, 2008

BY FAX (914-390-4179)
Honorable Stephen C. Robinson
United States Courthouse
300 Quarropas Street, Room 633
White Plains, NY 10601

MEMO ENDORSED

Re: Omnipoint Communications Inc.
v. The Town of Ramapo, et al.
08 Civ. 2419 (SCR)

Dear Judge Robinson:

I am the attorney for Omnipoint Communications Inc. ("Omnipoint") in connection with the above captioned matter. Omnipoint respectfully seeks leave to make a motion to submit a Supplemental Complaint in accordance with FRCP Rule 15(d) and requests a pre-motion conference with Your Honor to discuss same.

Omnipoint commenced this action on March 10, 2008 alleging that for the past twenty-two (22) months, defendants have unreasonably delayed Omnipoint's application ("Application") for permission to construct a federally licensed wireless telecommunications, in violation of the federal Telecommunications Act of 1996. On March 11, 2008, defendant Planning Board denied the Application. Omnipoint seeks to supplement its complaint to include the defendant Planning Board's denial of the Application. Since defendants have not yet answered plaintiff's complaint, please let us know if Your Honor believes that an amendment of Omnipoint's complaint would be more appropriate.

Please let us know how Your Honor wishes to proceed. Thank you for your consideration.

Very respectfully yours,

Robert D. Gaudioso, Esq.
(ID# RG 3829)

RDG/cmb

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

cc: Town of Ramapo Town Clerk (simultaneously by fax to 845-357-8513)
Town of Ramapo Town Attorney (simultaneously by fax to 845-357-2936)
Omnipoint Communications Inc.

Z:\SSDATA\WPDATA\SS3\RDG\voicestream\Ramapo\06-615\Litigation\Letter to Judge Robinson.wpd

APPLICATION GRANTED

Stephen C Robinson 3/20/08

HON. STEPHEN C. ROBINSION