AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

RECEIVED
APR - 1 2008
USDC-WP-SDNY

Omnipoint Communications, Inc.,
Omnipoint NY MTA License, LLC and
T-Mobile License LLC

V.

Amended
SUMMONS IN A CIVIL ACTION

The Town of Ramapo, et. al.
(See attached page for additional named defendants)

CASE NUMBER: 08 CV 2419 (SCR)

TO: (Name and address of Defendant)

All defendants as named on the attached sheet have the following address:

Town of Ramapo
237 Route 59
Suffern, NY 10901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert Gaudioso
Snyder & Snyder, LLP
94 White Plains Road
Tarrytown, NY 10591
914.333.0700

an answer to the complaint which is served on you with this summons, within ___Twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. M. McMahon                                    DATE  MAR 31 2008
CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3-31-08 |
| NAME OF SERVER (PRINT) Regina Bergen | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Ramapo Town Clerk's Office, 237 Route 59, Suffern, NY 10901

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-31-08
          Date

Signature of Server

94 White Plains Rd, Tarrytown, NY 10591
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

<u>Defendants:</u>

THE TOWN OF RAMAPO PLANNING BOARD;

PLANNING BOARD CHAIRMAN SYLVAIN KLEIN;*

BRACHA GOBIOFF;*

BRENDEL LOGAN;*

REV. WALTER BRIGHTMAN, JR.;*

JOHN BRUNSON;*

RICHARD STONE;*

DORA GREEN;*

THE TOWN OF RAMAPO TOWN BOARD;

LIBORIO DERARIO in his official capacity as Director of Building Administration and Code Enforcement.


* in their official capacity.