UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS, INC., OMNIPOINT NY MTA LICENSE, LLC, and T-MOBILE LICENSE LLC<br>-v-<br>TOWN OF RAMAPO, et. al.          Plaintiff,<br><br>Defendant. | Case No. 08 CV 2419 (SCR)<br><br>**Rule 7.1 Statement**<br>Of Plaintiff<br>T-Mobile License LLC |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

T-Mobile License LLC                (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

T-Mobile License LLC is a wholly owned subsidiary of T-Mobile USA, Inc. T-Mobile USA, Inc. is an indirect subsidiary of Deutsche Telekom AG, a publicly traded corporation.

Date: March 31, 2008

*[signature]*

**Signature of Attorney**
Robert D. Gaudioso, Esq.
Snyder & Snyder, LLP
**Attorney Bar Code:** RG 3829