UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMNIPOINT COMMUNICATIONS, INC., OMNIPOINT NY MTA LICENSE, LLC, and T-MOBILE LICENSE LLC <br> -v- <br> TOWN OF RAMAPO, et. al.    Plaintiff, <br><br> Defendant. | Case No. 08 CV 2419 (SCR) <br><br> **Rule 7.1 Statement** <br> Of Plaintiff <br> Omnipoint NY MTA License, LLC |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Omnipoint NY MTA License, LLC      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Omnipoint NY MTA License, LLC is a wholly owned subsidiary of Omnipoint Communications, Inc. which is a subsidiary of T-Mobile USA, Inc. T-Mobile USA, Inc. is an indirect subsidiary of Deutsche Telekom AG, a publicly traded corporation.

**Date:** March 31, 2008

**Signature of Attorney**
Robert D. Gaudioso, Esq.
Snyder & Snyder, LLP
**Attorney Bar Code:** RG 3829