UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMNIPOINT COMMUNICATIONS, INC.,
OMNIPOINT NY MTA LICENSE, LLC,
and T-MOBILE LICENSE LLC,

      Plaintiffs,

-against-

THE TOWN OF RAMAPO, THE TOWN OF RAMAPO PLANNING BOARD, PLANNING BOARD CHAIRMAN SYLVAIN KLEIN, BRACHA GOBIOFF, BRENDEL LOGAN, REV. WALTER BRIGHTMAN, JR., JOHN BRUNSON, RICHARD STONE, DORA GREENE, in their official capacities, constituting the Town Planning Board, THE TOWN OF RAMAPO TOWN BOARD and LIBORIO DERARIO in his official capacity as Director of Building Administration and Code Enforcement,

      Defendants.

---

INITIAL DISCLOSURES

08 CV. 2419 (SCR)
ECF CASE

  In accordance with Federal Rules of Civil Procedure Rule 26(a)(1), plaintiffs, Omnipoint Communications, Inc., Omnipoint NY MTA License, LLC, and T-Mobile License LLC (hereinafter collectively referred to as the "plaintiff"), make the following initial disclosures:

  1.  The name and, if known, the address and telephone number of each individual likely to have discoverable information with respect to plaintiff's

prohibition claim as set forth in plaintiff's third claim for relief in the First Amended Complaint and plaintiff's second claim for relief in the First Supplemental Complaint is as follows:

>Rich Conroy
>PierCon Solutions
>63 Beaver Brook Road, Suite 201
>Lincoln Park, NJ 07035
>(973) 628-9330
>
>Mike Littman
>PierCon Solutions
>63 Beaver Brook Road, Suite 201
>Lincoln Park, NJ 07035
>(973) 628-9330
>
>Glenn Pierson
>PierCon Solutions
>63 Beaver Brook Road, Suite 201
>Lincoln Park, NJ 07035
>(973) 628-9330
>
>Ravi Khemlani
>18-A Short Street
>Fort Lee, NJ 07024
>
>Anand Rapolu
>Omnipoint Communications, Inc.
>4 Sylvan Way
>Parsippany, NJ 07054
>
>Raj Makhija
>Omnipoint Communications, Inc.
>4 Sylvan Way
>Parsippany, NJ 07054
>
>Lisa Cordova (address unknown)
>
>Shafqat Hussain (address unknown)
>
>Paul Antola (address unknown)

2

Arun Gupta (address unknown)

Nader Soliman (address unknown)

Edward M. McDonough
Senior Real Estate Representative
Orange & Rockland Utilities, Inc.
390 West Route 59
Spring Valley, NY 10977

Yvonne Mansell
Omnipoint Communications, Inc.
4 Sylvan Way
Parsippany, NJ 07054
(203) 273-8944

Aaron Myl
Omnipoint Communications, Inc.
4 Sylvan Way
Parsippany, NJ 07054
(845) 536-2427

Esme Lombard
Omnipoint Communications, Inc.
4 Sylvan Way
Parsippany, NJ 07054
(914) 935-1235

Kyle Russell
Omnipoint Communications, Inc.
4 Sylvan Way
Parsippany, NJ 07054
(201) 486-9905

Thom Cataldo (address unkown)

Dan Weinheimer (address unknown)

Chris Kukielcza
Wave Wireless
3 Mellon Place
Livington, NJ 07039
(201) 586-0245

2. A copy – or description by category and location – of all documents, electronically stored information, and tangible things that plaintiff has in its possession, custody, or control and may use to support its claims is as follows:

> All documents submitted by plaintiff to the Town of Ramapo Planning Board as part of plaintiff's application for special permit and site plan approval, which are in the possession of defendants and part of the administrative record.

_____
Robert D. Gaudioso (ID #RG 3829)
Snyder & Snyder, LLP
94 White Plains Road
Tarrytown, NY 10591
(914) 333-0700


Dated: May 2, 2008
       Tarrytown, New York 10591

Z:\SSDATA\WPDATA\SS3\RDG\voicestream\Ramapo\06-615\Litigation\Initial Disclosures.doc