UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

OMNIPOINT COMMUNICATIONS, INC.,
OMNIPOINT NY MTA LICENSE, LLC,
and T-MOBILE LICENSE LLC,

                  Plaintiffs,

-against-

THE TOWN OF RAMAPO, THE TOWN OF RAMAPO PLANNING BOARD, PLANNING BOARD CHAIRMAN SYLVAIN KLEIN, BRACHA GOBIOFF, BRENDEL LOGAN, REV. WALTER BRIGHTMAN, JR., JOHN BRUNSON, RICHARD STONE, DORA GREENE, in their official capacities, constituting the Town Planning Board, THE TOWN OF RAMAPO TOWN BOARD and LIBORIO DERARIO in his official capacity as Director of Building Administration and Code Enforcement,

                  Defendants.
_____

08 CV. 2419 (SCR)
ECF CASE

**AFFIDAVIT OF SERVICE**

      Regina Bergen, being duly sworn, affirms under penalty of perjury that on the 15th day of August, 2008, I personally served a true copy of Plaintiff's Notice of Motion for Summary Judgment, the accompanying Local Rule 56.1 Statement of Material Facts, Plaintiff's Memorandum of Law, and the Affidavit of Robert D. Gaudioso in Support of Plaintiff's Motion for Summary Judgment, upon defendants in the above captioned action, by delivering copies of the foregoing documents to the Town of Ramapo Town Clerk, 237 Route 59, Suffern, New York 10901.

                                    _____
                                    Regina Bergen

Sworn to before me
this 15th day of August, 2008

_____
Notary Public

CARA M. BONOMOLO
Notary Public, State Of New York
No. 02BO6059058
Qualified In Rockland County
Commission Expires ~~May 21~~, 20 11
Aug. 19