LAW OFFICES OF

# SNYDER & SNYDER, LLP

94 WHITE PLAINS ROAD

TARRYTOWN, NEW YORK 10591

(914) 333-0700

FAX (914) 333-0743

WRITER'S E-MAIL ADDRESS

e mail to RGaudioso@Snyderlaw.net

NEW YORK OFFICE
445 PARK AVENUE, 9TH FLOOR
NEW YORK, NEW YORK 10022
(212) 749-1448
FAX (212) 932-2693

DAVID L. SNYDER*
LESLIE J. SNYDER
ROBERT D. GAUDIOSO

FREDERICK W. TURNER, COUNSEL

*ADMITTED NY, NJ AND DC

NEW JERSEY OFFICE
ONE GATEWAY CENTER, SUITE 2600
NEWARK, NEW JERSEY 07102
(973) 824-9772
FAX (973) 824-9774

REPLY TO:

Tarrytown office

August 20, 2008

BY FAX (914-390-4179)

Honorable Stephen C. Robinson
United States Courthouse
300 Quarropas Street, Room 633
White Plains, NY 10601

      Re:    Omnipoint Communications, Inc., et al.
               <u>v. The Town of Ramapo, et al.</u>
               08 Civ. 2419 (SCR)

Dear Judge Robinson:

      We are the attorneys for the plaintiffs in the above captioned matter.

      On August 15, 2008, plaintiffs filed a motion for summary judgment on the First Cause of Action set forth in plaintiffs' First Amended Complaint herein and the First, Second, Third and Fourth Causes of Action set forth in plaintiffs' First Supplemental Complaint herein. The First Cause of Action in plaintiffs' First Amended Complaint and the First, Third and Fourth Causes of Action in plaintiff's First Supplemental Complaint require the review of the administrative record before the defendant Town of Ramapo Planning Board. Accordingly, as exhibits to plaintiffs' motion for summary judgment, plaintiffs attempted to file a hard copy of the stipulated administrative record (the "Record"), consisting of an 86 Exhibit, 683 page written administrative record, including full plans, that the parties have stipulated as being complete and accurate. Sections 5.3 and 13.25 of the Electronic Case Filing Rules and Instructions for the Southern District of New York permit the filing of an administrative record in hard copy without prior motion and order of the Court. Nevertheless, the Clerk of the Court has directed us to seek Your Honor's permission before filing the Record in hard copy with the Clerk's office.

      Based on the foregoing, we respectfully request permission to file the Record in hard copy with the Clerk of the Court.

APPLICATION GRANTED

/s/ Stephen C. Robinson

HON. STEPHEN C. ROBINSON

8/27/08